UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNESTO ABORDO

    Plaintiff(s),

v.

JOHN E. POTTER

    Defendant(s).
_____/

No. 04-04541 VRW (EDL)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated June 3, 2005, Plaintiffs' counsel requested that some Plaintiffs be excused from personally appearing at the settlement conference scheduled for June 10, 2005. Defendant does not oppose the request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that the non-appearing Plaintiffs be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on June 10, 2005.

If the Court concludes that the absence of these Plaintiffs is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by all Plaintiffs.

SO ORDERED.

Dated: June 6, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge