MARY DRYOVAGE (CA SBN 112551)
SPENCER YOUNG (CA SBN 236593)
Law Offices of Mary Dryovage

   600 Harrison Street, Suite 120,
   San Francisco, CA 94107
   Telephone: 415 593-0095
   Fax. 415 593-0096
   Email: mdryovage@igc.org

Attorneys for Plaintiff


KEVIN V. RYAN (CA SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

   450 Golden Gate Avenue, 10th Floor
   San Francisco, CA 94102
   Telephone: 415 436-7241
   Fax: 415 436-6748
   Email: owen.martikan@usdoj.gov

Attorneys for Defendant

**E-Filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO ABORDO, et. al.<br><br>         Plaintiffs,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL,<br><br>         Defendant. | DOCKET NO. C-04-04541 VRW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO FILE FIRST AMENDED COMPLAINT |

      IT IS STIPULATED BY AND THROUGH THE PARTIES, subject to the approval of the court, that Plaintiff's First Amended Complaint shall be filed by the clerk of the court. The

STIPULATION RE FIRST AMENDED COMPLAINT
*Abordo et. al. v. Potter*, No. C-04-04541 VRW                                                    1

1  First Amended Complaint will not allege discrimination based on race/national origin, or sex.

3  Respectfully submitted,

|  | LAW OFFICES OF<br>MARY DRYOVAGE | KEVIN V. RYAN<br>United States Attorney |
|---|---|---|

Dated: August 5, 2005   /s/
                        MARY DRYOVAGE            /s/
                        Attorney for Plaintiff   OWEN P. MARTIKAN
                                                 Assistant United States Attorney
                                                 Attorneys for the Defendant

IT IS SO ORDERED.

Dated:   9 AUG 2005

VAUGHN R. WALKER
Chief United States District Court Judge
Northern District of California