KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    Facsimile:  (415) 436-6748
    Email: owen.martikan@usdoj.gov

Attorneys for Defendant John E. Potter, Postmaster General

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO ABORDO, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>JOHN E. POTTER, Postmaster General,<br>United States Postal Service,<br><br>                Defendant. | No. C 04-4541 VRW<br>**E-FILING CASE**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SUMMARY JUDGMENT HEARING AND OTHER PRE-TRIAL DATES** |

        The purpose of this stipulation is to ask the Court to move the hearing date on defendant's motion for summary judgment on plaintiffs' age discrimination and retaliation claims by one month, and to continue other pretrial dates in this case.

        The reason for the request to move the summary judgment hearing, which was originally set for September 15, 2005, and has not been set for November 17, 2005, is that defendant's counsel's wife is due to give birth on November 13, which will require defendant's counsel's sudden absence.  The reason for the request to move the remaining pre-trial dates is to allow the parties to focus their discovery based on the Court's ruling on the summary judgment motion. Defendant intends to file a second summary judgment motion, relating to plaintiffs' disability discrimination claims, at the close of fact discovery.

1  The parties respectfully request the following adjustments to the pretrial schedule:

|  | Current Date | Proposed Date |
|---|---|---|
| **1st MSJ Hearing** | 11/17/05 | ~~12/15/05~~ Jan. 12, 2006 |
| **Expert Disclosure** | 12/30/05 | 5/1/06 |
| **Fact Discovery Cutoff** | 2/24/06 | 4/1/06 |
| **Expert Discovery Cutoff** | 3/17/06 | 6/1/06 |
| **Last Disp. Motion Hearing** | 3/30/06 | 4/27/06 |
| **Pre-Trial Conference** | 4/25/06 | 8/1/06 |

So stipulated and respectfully submitted,

DATED: October 14, 2005

KEVIN V. RYAN
United States Attorney

/s/
_____
OWEN P. MARTIKAN
Assistant United States Attorney

Attorneys for Defendant

LAW OFFICES OF MARY DRYOVAGE

_____
MARY DRYOVAGE

Attorney for Plaintiffs

~~[PROPOSED]~~ ORDER ON STIPULATION

Pursuant to stipulation and for good cause shown, it is hereby ordered that the hearing on defendant's motion for summary judgment is continued from November 17, 2005 to ~~December 15, 2005~~ January 12, 2006 at 2:00pm. The remaining pretrial dates are adjusted as set forth in the parties' stipulation.

So ordered.

Dated:

_____
HON. VAUGHN R. WALKER
United States District Judge