KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    Facsimile:  (415) 436-6748
    Email: owen.martikan@usdoj.gov

Attorneys for Defendant John E. Potter, Postmaster General

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO ABORDO, et al.,<br><br>                 Plaintiffs,<br><br>    v.<br><br>JOHN E. POTTER, Postmaster General,<br>United States Postal Service,<br><br>                 Defendant. | No. C 04-4541 VRW (EDL)<br>**E-FILING CASE**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE FURTHER SETTLEMENT CONFERENCE** |

       This Court has scheduled a further settlement conference in this case for October 27, 2005, beginning at 9:00am.  The purpose of the settlement conference was to revisit the possible settlement of this case following the hearing on defendant's summary judgment motion regarding plaintiffs' age discrimination and retaliation claims.

       The original hearing date for the summary judgment motion was September 15, 2005.  Since then, the Court has reset the summary judgment hearing for November 17, 2005.  Defendant will ask the Court to again reset the summary judgment hearing (probably to a date in December, 2005) because the November date conflicts with counsel for defendant's paternity leave.

1  Therefore, the parties have stipulated and ask the Court to order that the further settlement
2  conference in this case be rescheduled to Wednesday, February 8, 2006, beginning at 9:00am.
3  So stipulated and respectfully submitted,
4  DATED: October 14, 2005

KEVIN V. RYAN
United States Attorney

_____
OWEN P. MARTIKAN
Assistant United States Attorney

Attorneys for Defendant


LAW OFFICES OF MARY DRYOVAGE


_____
MARY DRYOVAGE

Attorney for Plaintiffs


[PROPOSED] ORDER ON STIPULATION

Pursuant to stipulation and for good cause shown, it is hereby ordered that the settlement conference currently scheduled for Thursday, October 27, 2005 beginning at 9:00am, will be rescheduled to Wednesday, February 8, 2006, beginning at 9:00am. Updated settlement conference statements shall be delivered no later than January 31, 2006.

Dated: October 24, 2005

GRANTED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge