UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNESTO ABORDO, et al.,

    Plaintiffs,

    v.

JOHN E. POTTER,

    Defendant.
_____/

No. C-04-04541 VRW (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for February 8, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California has been continued until **February 10, 2006 at 10:00 a.m.**

On or before **February 3, 2006**, the parties shall deliver directly to the Magistrate Judge an updated Confidential Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon other parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: January 24, 2006

                                                    *Elizabeth D. Laporte*
                                                  ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge