IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO ABORDO et al., | No. C-04-04541 VRW (EDL) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS LEAVE TO FILE MOTION FOR RECONSIDERATION, AND DENYING MOTION FOR RECONSIDERATION** |
| v. | |
| JOHN E. POTTER, Postmaster General, United States Postal Service, | |
| Defendant. / | |

The Court hereby GRANTS Plaintiffs leave to file a motion for reconsideration, and for the reasons set forth below, DENIES the motion.

On February 3, 2006, Defendant moved to continue the second settlement conference scheduled in this case until after his motion for partial summary judgment was heard. On February 6, 2006, the Court contacted Plaintiffs' counsel to ascertain her position on a continuance. On February 7, 2006, not having heard from Plaintiffs' counsel, the Court granted Defendant's motion to continue the second settlement conference until no later than April 2006. On February 8, 2006, Plaintiffs filed a motion for leave to file a motion for reconsideration and motion for reconsideration, arguing that the continuance was inappropriate on a number of grounds, including that the settlement conference was to be held after the motion for partial summary judgment was heard, not after it was decided; that the conference already had been continued; and that the twenty-nine named Plaintiffs and/or their estates already had made arrangements to attend the conference on February 10, 2006. On February 9, 2006, Defendant opposed the motion for reconsideration, reiterating that holding the conference before the motion for partial summary judgment was heard was "not likely to yield

results any different from the first."

While the Court regrets the inconvenience that may be caused to Plaintiffs who already have made arrangements to attend the conference on Friday, the Court nonetheless denies the motion for reconsideration. Plaintiffs, through their counsel, had notice that Defendant requested a continuance one week before the scheduled date. However inconvenient rescheduling the conference might be, it would be even more inconvenient to ask twenty-nine individuals to attend a settlement conference which Defendant indicates will be unfruitful. The Court will reschedule a second settlement conference sometime after the hearing on the motion for partial summary judgment, as set forth in its February 7, 2006, Order.

The Court therefore DENIES Plaintiff's motion for reconsideration.

**IT IS SO ORDERED.**

Dated: February 9, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge