United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO ABORDO, et al, | No  C 04-4541 VRW |
| Plaintiffs, | ORDER |
| v | |
| JOHN E POTTER, Postmaster General, United States Postal Service, | |
| Defendant. | |

Defendant's request for judicial notice, Doc #19, is GRANTED.

SO ORDERED.

_____
VAUGHN R WALKER

United States District Chief Judge