MARY DRYOVAGE (CA SBN 112551)
Law Offices of Mary Dryovage

    600 Harrison Street, Suite 120,
    San Francisco, CA 94107
    Telephone: 415 593-0095
    Fax. 415 593-0096
    Email: mdryovage@igc.org

Attorneys for Plaintiff


KEVIN V. RYAN (CA SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, CA 94102
    Telephone: 415 436-7241
    Fax: 415 436-6748
    Email: owen.martikan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO ABORDO, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL,<br><br>Defendant. | DOCKET NO. C-04-04541 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE EXPERT REPORTS, EXPERT DISCOVERY CUT OFF AND TO CONTINUE DATES RE: CROSS-MOTIONS FOR SUMMARY JUDGEMENT** |

    IT IS STIPULATED BY AND THROUGH THE PARTIES, subject to the approval of the court, that the time to file the expert reports, which are currently due on May 1, 2006 is extended to May 15, 2006 and the expert discovery cutoff date which is currently set for June 1,

STIPULATION RE: EXPERT DISCOVERY AND MSJ DATES
*Abordo et. al. v. Potter*, No. C-04-04541 VRW     1

2006, is extended to June 16, 2006. Plaintiffs' reply and opposition to defendant's motion for summary judgment shall be filed on or before May 10, 2006 and defendant's reply to plaintiff's motion for summary judgment shall be filed on or before May 17, 2006; the hearing on the pending cross-motions for summary judgment currently set for June 22, 2006 is continued to July 6, 2006 at 2:00 p.m. A joint status conference statement will be filed on June 29, 2006.

Respectfully submitted,

| LAW OFFICES OF | KEVIN V. RYAN |
| MARY DRYOVAGE | United States Attorney |

Dated: May 1, 2006

/s/
MARY DRYOVAGE
Attorney for Plaintiff

/s/
OWEN P. MARTIKAN
Assistant United States Attorney
Attorneys for the Defendant

IT IS SO ORDERED.

Dated: May 5, 2006

IT IS SO ORDERED
Judge Vaughn R Walker

_____
VAUGHN R WALKER
Chief United States District Court Judge
Northern District of California

STIPULATION RE: EXPERT DISCOVERY AND MSJ DATES
*Abordo et. al. v. Potter*, No. C-04-04541 VRW

2