United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO ABORDO, et al, | No C 04-4541 VRW |
| Plaintiffs, | ORDER |
| v | |
| JOHN E POTTER, Postmaster General, United States Postal Service, | |
| Defendant. | |

The pre-trial conference scheduled for August 1, 2006, is hereby VACATED. The court will set a date for a further case management conference in the written order to be issued on dispositive motions currently under submission.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge